# CASE ANNOUNCEMENTS

*January 6, 2014*

[Cite as *01/06/2014 Case Announcements*, 2014-Ohio-7.]

## MOTION AND PROCEDURAL RULINGS

**2013–1833. Fed. Home Loan Mtge. Corp. v. Koch.**
Geauga App. No. 2012–G–3084, 2013-Ohio-4423. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to strike appellant's notice of appeal and memorandum in support of jurisdiction, it is ordered by the court that the motion is denied.

It is further ordered by the court that appellee may file a memorandum in response to jurisdiction within 30 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2013–1371. Hurlbert v. Bosel.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.